The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM F. WINGATE,

                     Plaintiff,

    v.

CITY OF SEATTLE, SEATTLE POLICE
DEPARTMENT AND CYNTHIA A.
WHITLATCH, in her official and individual
capacities,

                   Defendants.

No. 2:15-cv-00822-RAJ

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury under the laws of the State of Washington that on the

date written below, I caused Plaintiff's Response in Opposition to Defendant Whitlatch's

Motion to Seal, Declaration of Susan Mindenbergs in Opposition to Defendant Whitlatch's

Motion to Seal, Declaration of Krysta Renton, Declaration of Vonda Sargent, and Declaration

Certificate of Service - 1
(No. 2:15-cv-00822-RAJ)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

of Ashley Duncan to be electronically filed via the Court's CM/ECF system, which will cause

service of such documents on counsel for Defendants as follows:

PETER S. HOLMES
Seattle City Attorney
Andrew T. Myerberg
Assistant City Attorney
Attorney for Defendants City of Seattle and Seattle Police Department
701 Fifth Ave., Ste 2050
Seattle, WA 98104

CHRISTIE LAW GROUP, PLLC
Robert L. Christie
Haley Moore
Ann Trivett
Attorneys for Defendant Cynthia A. Whitlatch
2100 Westlake Ave. N, #206
Seattle, WA 98109

Dated this _____23rd_____ day of March, 2016 at Seattle, Washington.

_____
Irene Calvo, Paralegal

Certificate of Service - 2
(No. 2:15-cv-00822-RAJ)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523