The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. WINGATE,<br><br>         Plaintiff,<br>v.<br><br>CITY OF SEATTLE, SEATTLE POLICE DEPARTMENT AND CYNTHIA A. WHITLATCH, in her official and individual capacities,<br><br>         Defendants. | No. 2:15-cv-00822-RAJ<br><br>**CERTIFICATE OF SERVICE** |

I certify under penalty of perjury under the laws of the State of Washington that on the date written below, I caused Plaintiff's Response in Opposition to Defendant Whitlatch's Motion for Relief from a Deadline - Errata, and the Declaration of Susan Mindenbergs - Errata to be electronically filed via the Court's CM/ECF system, which will cause service of such documents on counsel for Defendants as follows:

Certificate of Service - 1
(No. 2:15-cv-00822-RAJ)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

PETER S. HOLMES
Seattle City Attorney
Andrew T. Myerberg
WSBA No. 47746
Assistant City Attorney
Attorney for Defendants City of Seattle and Seattle Police Department
701 Fifth Ave., Ste 2050
Seattle, WA 98104
andrew.myerberg@seattle.gov

CHRISTIE LAW GROUP, PLLC
Robert L. Christie
WSBA No. 10895
Haley Moore
WSBA No. 48076
Attorneys for Defendant Cynthia A. Whitlatch
2100 Westlake Ave. N, #206
Seattle, WA 98109
bob@christielawgroup.com
haley@christielawgroup.com

Dated this 30th day of March, 2016 at Seattle, Washington.

_____
Irene Calvo, Paralegal

Certificate of Service - 2
(No. 2:15-cv-00822-RAJ)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE, SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523