HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. WINGATE,<br><br>              Plaintiff,<br><br>v.<br><br>CYNTHIA WHITLATCH,<br><br>              Defendant. | NO. 2:15-cv-00822-RAJ<br><br>JURY INSTRUCTION RE REASONABLE SUSPICION AND PROBABLE CAUSE |

Per the Court's ruling at the pretrial conference of October 25, 2016, plaintiff submits the attached additional jury instruction regarding reasonable suspicion and probable cause.

DATED this 26th day of October, 2016.

                        THE LAW OFFICE OF SUSAN B. MINDENBERGS

                        By   */s/ Susan B. Mindenbergs*
                            SUSAN B. MINDENBERGS, WSBA No. 20545
                            Attorney for William F. Wingate
                            119 First Avenue South, Suite 200
                            Seattle, WA 98104

    Telephone: (206) 447-1560
    Fax: (206) 447-1523
    Email: smindenbergslaw@juno.com

    THE LAW OFFICES OF VONDA M. SARGENT

By */s/ Vonda M. Sargent*
  VONDA M. SARGENT, WSBA No. 24552
  Attorney for William F. Wingate
  The Law Offices of Vonda M. Sargent
  119 First Avenue South, Suite 500
  Seattle, WA 98104
  Telephone: (206) 838-4970
  Fax: (206) 682-3002
  Email: sisterlaw@me.com

**Instruction No. \_\_\_\_\_   – Reasonable Suspicion and Probable Cause**

Reasonable suspicion and probable cause are not at issue in this case.

Court's ruling at the pretrial conference on October 25, 2016, regarding the proper wording of the instruction addressing reasonable suspicion and probable cause in this particular case.