HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F WINGATE,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA WHITLATCH,<br><br>Defendant. | CASE NO. C15-822 RAJ<br><br>SPECIAL VERDICT FORM |

We, the jury, answer the questions submitted by the Court as follows:

**QUESTION 1:** Did Ms. Whitlatch violate Mr. Wingate's Fourteenth Amendment Equal Protection rights?

**ANSWER:**     Yes __✓__   No _____

**QUESTION 2:** Is Ms. Whitlatch liable to Mr. Wingate under the Washington Law Against Discrimination?

**ANSWER:** Yes ✓ No _____

*If you answered "yes" to Question 1 or 2, answer Question 3. If you answered "no" to Question 1 and 2, sign and date the verdict form.*

**QUESTION 3:** Was Cynthia Whitlatch's conduct toward Mr. Wingate the proximate cause of any damages he sustained?

**ANSWER:** Yes ✓ No _____

*If you answered "yes" to Question 3, answer the following question. If you answered "no" to Question 3, sign and date the verdict form.*

**QUESTION 4:** Please state the amount that will fairly compensate Mr. Wingate for any injury he sustained as a result of Cynthia Whitlatch's conduct for violating his rights under either federal or state law.

**AMOUNT:** $ 325,000

SPECIAL VERDICT FORM- 2

*If you answered "yes" to Question 1, answer Question 5.*

**QUESTION 5**: Did Cynthia Whitlatch act maliciously or in reckless disregard of Mr. Wingate's federally protected rights?

**ANSWER:**        Yes _____ No ___✓___.

*If you answered "yes" to Question 5, answer Question 6. If you answered "no" to Question 5, sign and date the verdict.*

**QUESTION 6**: Do you award punitive damages against Cynthia Whitlatch?

**ANSWER:**        Yes _____ No _____

*If you answered "yes" to Question 6, answer Question 7. If you answered "no" to Question 6, sign and date the verdict.*

**QUESTION 7**: If you answered yes to Question 6, what is the amount of punitive damages?

**AMOUNT**: $ _____.

Dated this ___8+h___ day of November, 2016.

_____
Presiding Juror

SPECIAL VERDICT FORM- 4