# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM F. WINGATE,<br><br>     Plaintiff,<br><br>     v.<br><br>CYNTHIA A. WHITLATCH,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C15-822RAJ |

__X__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     Based upon the jury's findings on the special verdict form, the Court enters Judgment for Plaintiff William F. Wingate and against Defendant Cynthia A. Whitlatch in the amount of $325,000.00.

     DATED this 9th day of November, 2016.

                              WILLIAM M. McCOOL,
                              Clerk of the Court

                         By:   _/s/ Victoria Ericksen_
                                    Deputy Clerk